## COMMONWEALTH versus SOLOMON SMEAD, Esq.

An information in the nature of a writ of quo warranto may be filed in any county the process issuing thereon being made returnable in the proper county.

THE solicitor-general, being directed by the legislature to insti tute informations in the nature of a writ of quo warranto against the said Smead, now exercising the office of judge of probate for the county of Franklin, and against sundry other persons exercising various other offices in that county, moved for leave to file the same in this county, and to take out process thereon, to be made return-able at the next September term, at Northampton, when this Court

will be holden for that county as well as for the counties of *Hampshire* and *Hampden;* and he cited, in support of his motion, the case of *Cutts* vs. *The Commonwealth*, (1) as well as the common practice of filing informations against towns for neglect of repairing highways, &c., in other counties than those in which towns are situate.

*Per Curiam.* The informations may be filed here. The practice is too well settled to be now shaken; and no inconvenience can possibly arise to the respondents in these cases, since they will be holden to answer only in their own county.

(1) 2 *Mass. Rep.* 284.